1  ADAM C. BROWN (SBN 161951)
   **HILL RIVKINS BROWN & ASSOCIATES**
2  **A Professional Law Corporation**
   11140 Fair Oaks Boulevard, Suite 100
3  Fair Oaks, CA 95628
   Telephone:  (916) 535-0263
4  Facsimile:  (916) 535-0268

5  Attorneys for Plaintiff
   3015327 CANADA, INC., DBA
6  BLANKETS & BEYOND

7

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                          WESTERN DIVISION

12

13  3015327 CANADA INC., doing business as   ) CASE NO.
    BLANKETS & BEYOND, a Canadian            )
    corporation,                             ) **COMPLAINT FOR DAMAGES**
14                                           )
                        Plaintiff,           ) **Jury Trial Demanded**
15                                           )
                    vs.                      )    **1. Negligence;**
16                                           )    **2. Bailment;**
    Sale Co Enterprises LLC, a California limited ) **3. Premises Liability.**
17  liability company; Paul J. Livadrary, successor )
    trustee of the Warner W. Henry Family Trust )
18  B dated June 24, 1969; and DOES 1 through )
    100, inclusive,                          )
19                                           )
                        Defendants.          )
20  _____

21        Plaintiff 3015327 Canada Inc., doing business as "Blankets & Beyond" (hereinafter

22  referred to as "Plaintiff" or "B&B"), alleges upon information and belief as follows:

23                              **PARTIES**

24        1.      Plaintiff is, and at all times mentioned herein, was a corporation organized and

25  existing under the laws of Canada, with its principal place of business in Montreal, Quebec, and

26  was the consignee, receiver, insurer and/or owner of the cargo and brings this action on its own

27  behalf and as agent and trustee of all parties who may be or become interested in said cargo as

28  their respective interest may appear, and Plaintiff is entitled to bring this action.

                                          1
                            COMPLAINT FOR DAMAGES

2.     Defendant Sale Co Enterprises LLC ("Saleco") is, and at all times mentioned herein, was a limited liability company organized and existing under the laws of the State of California, and at all times mentioned herein was a warehouseman and lessor of the premises where Plaintiff's loss occurred (as set forth below).

3.     Defendant Paul J. Livadrary, successor trustee of the Warner W. Henry Family Trust B dated June 24, 1969 (the "Trust"), is, and at all times mentioned herein, was a trust organized and existing under the laws of the State of California, and at all times mentioned herein was the record owner of the premises where Plaintiff's loss occurred (as set forth below).

4.     Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the DOE Defendants is responsible in some manner for the events and happenings herein referred to, and thereby proximately caused the injuries and damages herein alleged.

5.     At all times material hereto, Defendants, and each of them, including the DOE defendants, were the agents, servants or employees of each Defendant named herein, and at all times mentioned herein, each said Defendant was acting within the course and scope of said agency, service or employment.

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction over this action under 28 U.S.C. Section 1332 (2) based on diversity of citizenship of the parties and the amount in controversy exceeds $75,000. Venue is proper under 28 U.S.C. Section 1391, in that the events or omissions giving rise to Plaintiff's claims occurred in this District and the Defendants are otherwise subject to personal jurisdiction within this District.

## GENERAL ALLEGATIONS

7.     On or about September 1, 2016, Plaintiff and defendant Saleco executed a Lease Agreement, whereby Saleco agreed to provide certain services to Plaintiff, including

COMPLAINT FOR DAMAGES

1  warehousing for storage of Plaintiff's merchandise at the public warehouse located at 5731
2  Bickett Street, Huntington Park, California (the "Premises").

3      8.      Saleco, with the knowledge and consent of defendant Trust, the owner of the
4  Premises, held itself out as a warehouseman to the general public, and in exchange for
5  consideration, accepted for storage and distribution at and from the Premises merchandise
6  belonging to Plaintiff, and generally consisting of blankets, bath robes, swaddles, nunus and
7  pillows (the "Merchandise").

8      9.      On or about March 20, 2017, Saleco notified Plaintiff that on February 20, 2017,
9  a large portion of its Merchandise had been damaged during a series of rainstorms as a result of
10  water leaking from the warehouse roof.

11      10.     The total value of Plaintiff's damaged Merchandise was $1,313,721.28.

12      11.     Plaintiff has performed all duties and obligations on its part to be performed.

13      12.     On or about June 20, 2017, Plaintiff prepared a proof of loss to the insurer of the
14  Merchandise, Northern Marine Underwriters, Ltd., which is fully subrogated to Plaintiff's claim
15  and authorized to file suit and seek recovery therefore in Plaintiff's name.

## FIRST CLAIM FOR RELIEF
### (Negligence)

18      13.     Plaintiff hereby incorporates by reference each, and every and all of the
19  allegations in paragraphs 1 through 12, inclusive, above, as though the same were again fully set
20  forth at length herein.

21      14.     Plaintiff is the consignee, receiver, insurer and/or owner of the Merchandise and
22  brings this action on its own behalf and as agent and trustee of all parties who may be or become
23  interested in said cargo as their respective interests may appear, and Plaintiff is entitled to bring
24  this action.

25      15.     Defendants accepted delivery of the Merchandise for storage, suitable in every
26  respect for the intended warehousing at the Premises which said Defendants received, accepted
27  and agreed to warehouse the Merchandise for certain consideration.

COMPLAINT FOR DAMAGES

16.     Defendants breached their duty of care by negligently and carelessly handling the Merchandise so as to allow it to be damaged as alleged herein, and further breached and violated their duties and obligations as bailees and warehousemen of said Merchandise, and were otherwise at fault.

17.     As a direct and proximate result of Defendants' negligence, Plaintiff has suffered damages in the amount of $1,313,721.28.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as hereinafter set forth.

## SECOND CLAIM FOR RELIEF
### (Bailment)

18.     Plaintiff hereby incorporates by reference each, and every and all of the allegations in paragraphs 1 through 17, inclusive, above, as though the same were again fully set forth at length herein.

19.     Defendants were, and are, in the business of, among other things, providing warehousing and freight processing services to the general public.  Defendants were hired to warehouse the Merchandise and owed a duty to safeguard the aforementioned Merchandise.

20.     The loss of Plaintiff's Merchandise was directly and proximately caused by the acts and/or omissions of Defendants, in violation of their statutory and common law duties and obligations as bailees and warehousemen to safely care for the Merchandise and take adequate precautions in securing and safeguarding the Merchandise from loss and damage.

21.     As a direct and proximate result of Defendants' failure to take reasonable steps to adequately warehouse the Merchandise, Plaintiff has suffered damages in the amount of $1,313,721.28.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as hereinafter set forth.

///

COMPLAINT FOR DAMAGES

## THIRD CLAIM FOR RELIEF
### (Premises Liability)

22.     Plaintiff hereby incorporates by reference each, every and all of the allegations in Paragraphs 1 through 21, inclusive, above, including all of the allegations therein incorporated by reference, as though the same were again fully set forth at length herein.

23.     Defendants were the owners, lessors, operators and/or managers of the Premises where Plaintiff's Merchandise was stored. Defendants were aware of the fact that the Premises was being used as a warehouse facility wherein valuable goods, such as the Merchandise alleged herein, was stored in exchange for payment.

24.     Plaintiff is informed and believes, and thereon alleges, that Defendants negligently owned, maintained, managed and/or operated the Premises such that it caused damage to Plaintiff's Merchandise as hereinabove, by failing to maintain and/or repair the roof of the Premises building allowing numerous leaks to develop, or otherwise failed to take preventive and remedial measures to protect the Merchandise immediately when such leaks started to occur, and permitting rainwater to enter the building and damage the inventory stored therein, including Plaintiff's Merchandise.

25.     As a direct and proximate result of the negligence of Defendants, and each of them, as the owners/managers/operators of the Premises, Plaintiff suffered damages in the amount of $1,313,721.28.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.     For the value of the Merchandise in the amount of $1,313,721.28, including interest thereon at the highest legal rate;

2.     For incidental and consequential damages according to proof;

3.     For costs of suit incurred herein; and

COMPLAINT FOR DAMAGES

1        5.    For such other and further relief as the Court may deem proper.

2    Date:  August 24, 2018       HILL RIVKINS BROWN & ASSOCIATES, P.C.

3

4              By: _____

5                   ADAM C. BROWN

                     Attorney for Plaintiff

6                   3015327 CANADA, IN. DBA

                     BLANKEYS & BEYOND

7

**COMPLAINT FOR DAMAGES**