1  ADAM C. BROWN (SBN 161951)
   **HILL RIVKINS BROWN & ASSOCIATES**
2  **A Professional Law Corporation**
   11140 Fair Oaks Boulevard, Suite 100
3  Fair Oaks, CA 95628
   Telephone:  (916) 535-0263
4  Facsimile:  (916) 535-0268

5  Attorneys for Plaintiff
   3015327 CANADA, INC., DBA
6  BLANKETS & BEYOND

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10  3015327 CANADA INC., doing      )  Case No.  2:18-cv-07676 SVW (FFMx)
    business as BLANKETS & BEYOND,  )
11  a Canadian corporation,         )  STIPULATION AND ORDER
                                    )  DISMISSING COMPLAINT
12              Cross-claimants,    )
                                    )
13     vs.                          )
                                    )
14  Sale Co Enterprises LLC, a California )
    limited liability company; Paul J.    )
15  Livadrary, successor trustee of the   )
    Warner W. Henry Family Trust B        )
16  Dated June 24, 1969; Warner Wheeler   )
    Henry Revocable Trust; Henry          )
17  Huntington Park Parcel 1 LLC; and     )
    DOES 1 through 8, inclusive,          )
18                                        )
                Defendants.               )
19                                        )
                                          )
20  And Related Cross-Action.             )
                                          )
21

22          IT IS HEREBY STIPULATED by and between the parties hereto,

23  plaintiff 3015327 Canada Inc., doing business as Blankets & Beyond ("B&B");

24  defendants and cross-claimants Warner W. Henry Family Trust B Dated June 24,

25  1969, Warner Wheeler Henry Revocable Trust and Henry Huntington Park Parcel

26  1, LLC (collectively, "the Henry Entities"); and defendant and cross-defendant Sale

27

28                                        1
    ─────────────────────────────────────────────────────
             STIPULATION AND ORDER DISMISSING COMPLAINT

Co. Enterprises LLC ("Sale Co."), by and through their respective counsel of record, that pursuant to the settlement agreement reached between such parties for resolution of this action as it pertains to B&B, the Henry Entities and Sale Co.,[1] that the complaint on file herein shall be dismissed with prejudice, with each such party to bear its own costs and attorneys' fees.

Dated: July 22, 2019        HILL RIVKINS BROWN & ASSOCIATES
                            A Professional Law Corporation

                            By:   */s/ Adam C. Brown*
                                  Adam C. Brown
                                  Attorneys for Plaintiff
                                  3015327 CANADA, INC., dba
                                  BLANKETS & BEYOND

Dated: July 22, 2019        TYSON & MENDES, LLP

                            By:   */s/ Kristine E. Minnick*
                                  Catie R. Johnson
                                  Kristine E. Minnick
                                  Attorneys for Defendants and Cross-Complainants
                                  PAUL J. LIVADRARY, SUCCESSOR TRUSTEE OF THE WARNER W. HENRY FAMILY TRUST B DATED JUNE 24, 1969; WARNER WHEELER HENRY REVOCABLE TRUST; HENRY HUNTINGTON PARK PARCEL 1, LLC

Dated: July 22, 2019        SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

                            By:   */s/ Kathleen C. Jeffries*
                                  Kathleen C. Jeffries
                                  Attorneys for Defendant and Cross-Defendant
                                  SALE CO. ENTERPRISES LLC

---

[1] Default of cross-defendant Alfa Jeans Inc. was entered by the Clerk of the Court on March 25, 2019 on the cross-claim on file in this action. Pursuant to the terms of the Settlement Agreement between the parties to this Stipulation, the Henry Entities may pursue a default judgment against Alfa Jeans Inc. for indemnity under the cross-claim.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that Kathleen C. Jeffries and Kristine E. Minnick concur in the content of this pleading and have authorized the filing.

By: */s/ Adam C. Brown*
Adam C. Brown

### [PROPOSED] ORDER

Based upon the stipulation by and among the parties hereto, through their respective counsel of record,

IT IS HEREBY ORDERED that the complaint on file herein is dismissed with prejudice, with each such party to bear its own costs and attorneys' fees.

Dated: _____, 2018      _____
                                  Judge, United States District Court

4

STIPULATION AND ORDER DISMISSING COMPLAINT